PROB 35

**ORDER TERMINATING SUPERVISED RELEASE
PRIOR TO EXPIRATION DATE**

---

**UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| vs. ) | **Docket Number: 2:93CR00506-01** |
| ) | |
| **Douglas David HOCK** ) | |
| ) | |

On May 7, 1998, the above-named was placed on Supervised Release for a period of 5 years, which commenced on May 26, 2006. Mr. Hock has complied with the rules and regulations of supervision. It is accordingly recommended that he be discharged from supervision.

Respectfully submitted,

/s/ Shari R. Simon

**SHARI R. SIMON
United States Probation Officer**

Dated:   July 8, 2009
         Roseville, California
         SRS:cd

**REVIEWED BY:**     /s/ Richard A. Ertola
                    **RICHARD A. ERTOLA
                    Supervising United States Probation Officer**

Re:  **Douglas David HOCK**
    **Docket Number:  2:93CR00506-01**
    **ORDER TERMINATING SUPERVISED RELEASE**
    **PRIOR TO EXPIRATION DATE**

---

## ORDER OF COURT

It is ordered that the supervised releasee be discharged from Supervised Release, and that the proceedings in the case be terminated.

| 7/15/2009 | /s/ John A. Mendez |
|---|---|
| **Date** | **JOHN A. MENDEZ**<br>**United States District Judge** |

SRS:cd
Attachment:   Recommendation
cc:   United States Attorney's Office
      FLU Unit, AUSA's Office
      Fiscal Clerk, Clerk's Office

Rev. 05/2006
EARLY TERMINATION ~ ORDER (PROB35).MRG

**RECOMMENDATION TERMINATING
SUPERVISED RELEASE PRIOR TO EXPIRATION DATE**

---

**UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** )<br>)<br>           **vs.**          )<br>)<br>**Douglas David HOCK**     )<br>                                                 ) | **Docket Number:  2:93CR00506-01** |

**LEGAL HISTORY:**

On May 7, 1998, the above-named was placed on Supervised Release for a period of 5 years, which commenced on May 26, 2006. Special conditions included a requirement for warrantless search, and drug testing and treatment.

**SUMMARY OF COMPLIANCE:**

Mr. Hock has complied with all standard conditions and special conditions of Supervised Release, and has not been involved in any further criminal activities. For the past year, Mr. Hock has been a patient of Dr. Zoucha with the Sacramento County Health Department's County Medically Indigent Services Program (CMISP). He has been diagnosed with chronic pancreatitis (inflamation of the pancreas); pseudocyst formation (cystic lesions of the pancreas); and Barrett's esophagial stricture (narrowing of the esophagus). His overall prognosis is extremely grave. During the undersigned officer's most recent home contact, he was barely able to communicate, and his condition appeared extremely serious.

Therefore, based on this serious medical condition, it is the opinion of the probation officer that Mr. Hock has derived maximum benefit from supervision and is not in need of continued supervision.

**Re:   Douglas David HOCK**
**Docket Number:   2:93CR00506-01**
**RECOMMENDATION TERMINATING**
**SUPERVISED RELEASE PRIOR TO EXPIRATION DATE**

**RECOMMENDATION:**

It is, therefore, respectfully recommended that Supervised Release in this case be terminated early.

Respectfully submitted,

/s/ Shari R. Simon

**SHARI R. SIMON**
**United States Probation Officer**

Dated:       July 8, 2009
             Roseville, California
             SRS:cd

**REVIEWED BY:**           /s/ Richard A. Ertola
                  **RICHARD A. ERTOLA**
                  **Supervising United States Probation Officer**

cc:   AUSA Samantha Spangler (Pursuant to Rule 32, notice of proposed relief to the supervisee is being provided.  If no objection is received from you within 14 days, the probation officer's Recommendation and Prob 35 - Order Terminating Supervised Release Prior to Expiration Date, will be submitted to the Court for approval.)